UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROPERTY OF THE PEOPLE, INC., )
RYAN NOAH SHAPIRO, and )
c/o Law Office of Jeffrey L. Light ) Judge _____
1712 Eye St., NW, Suite 915 ) Civil Action No. _____
Washington, DC 20006, )
        PLAINTIFFS )
  vs. )

DEPARTMENT OF JUSTICE, )
950 Pennsylvania Ave., NW )
Washington, DC 20530, )

        DEFENDANT )

# COMPLAINT

## THE PARTIES

1. Plaintiff Ryan Noah Shapiro is a Ph.D. candidate in the Department of Science, Technology, and Society (HASTS) at the Massachusetts Institute of Technology, as well as a Research Affiliate at the Berkman Klein Center for Internet & Society at Harvard University. Plaintiff Ryan Noah Shapiro is an historian of national security, the policing of dissent, and governmental transparency.

2. Property of the People, Inc. is a 501(c)(3) charitable organization dedicated to governmental transparency in the service of democracy. Property of the People's Operation 45 is dedicated to ensuring transparency and accountability for the Administration of Donald J. Trump, the 45th President of the United States. Plaintiff Ryan Noah Shapiro is a founder of Property of the People.

3. Defendant Department of Justice (DOJ) is an agency of the United States.

4. The Federal Bureau of Investigation (FBI) is a component of Defendant DOJ.

5. The FBI has possession, custody and control of the records Plaintiffs seeks.

## JURISDICTION AND VENUE

6. This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

7. This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

8. Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

9. On May 20, 2017, Plaintiffs submitted to the FBI via fax a FOIA request for records mentioning or referring to Dana Tyrone Rohrabacher. The request further specified that it was intended to include both investigative and non-investigative files.

10. Plaintiffs attached to their request a copy of an article from *The New York Times* in which Rohrabacher describes his contact with an FBI agent.

11. In a letter dated May 26, 2017, the FBI acknowledged receipt of the request, assigned it tracking number 1374367-000, asserted the existence of unusual circumstances, and determined that Plaintiffs were "general (all others) requester[s]" not entitled to educational or media fee status.

12. On June 19, 2017, Plaintiffs administratively appealed to OIP, via fax, the FBI's determinations that Plaintiffs were general requesters and not educational or media requesters.

13. In letters dated June 27, 2017, OIP acknowledged receipt of the appeals. Plaintiffs' appeal with respect to FBI tracking number 1374367-000 was assigned the appeal tracking number of DOJ-AP-2017-004957 by OIP.

14. In a letter dated August 23, 2017, OIP remanded FBI's determination regarding Plaintiffs' favored fee category status. As of the time of filing of this Complaint, the FBI has not made a decision on remand as to Plaintiffs' favored fee category status.

15. More than 30 business days have elapsed since Plaintiffs submitted the FOIA request to FBI on May 20, 2017, but as of the filing of this Complaint, Plaintiffs have not received a response from the FBI with a final determination as to whether the FBI will release the requested records.

## COUNT I:
## VIOLATION OF FOIA

16. This Count realleges and incorporates by reference all of the preceding paragraphs. All documents referenced in this Complaint are incorporated by reference as if set forth fully herein.

17. The FBI has failed to grant or even rule on Plaintiffs' request for a complete waiver of fees.

18. The FBI has improperly classified Plaintiffs as "general" requesters instead of media or educational requesters.

19. The FBI has improperly withheld responsive records.

20. Plaintiffs are deemed to have exhausted their administrative remedies because the FBI has not responded within the time period required by law.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Order Defendant to immediately process Plaintiffs' FOIA request;

(3) Grant Plaintiffs an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(4) Grant Plaintiffs such other and further relief which the Court deems proper.

Respectfully Submitted,

  /s/ Jeffrey Light
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*