UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PROPERTY OF THE PEOPLE, INC., *et al.* | ) ) ) ) |  |
| Plaintiffs | ) ) |  |
| v. | ) ) | Civil Action No. 17-1728 (EGS) (ECF) |
| DEPARTMENT OF JUSTICE | ) ) ) |  |
| Defendant. | ) ) ) |  |

### DEFENDANT'S STATUS REPORT

Pursuant to the Court's Minute Ordered entered on February 22, 2022, the Court ordered the Department of Justice ("Defendant" or "FBI") to "submit [1] amended declarations or affidavits as to the adequacy of the FBI's searches consistent with [ECF No. 35]; [2] a *Vaughn* index that identifies each document or group of documents for its withholdings under Exemptions 6 and 7(C) consistent with the [ECF No. 35]; and [3] a status report stating whether the FBI is planning to voluntarily re-evaluate application of the official acknowledgment doctrine to Bates-stamped pages 15, 175, 185, 186, 190, 197, and 221 by no later than April 1, 2022."   In response, Defendant proffers the following:

1. The parties have conferred and resolved the issues regarding official acknowledgment.   The FBI will unredact portions of the relevant records based on privacy balancing and anticipates completing this reprocessing by May 2, 2022.

2. Defendant's search adequacy declaration in response to the Memorandum Opinion, ECF No. 35, was subsequently filed in the Third Hardy Declaration.   *See* ECF No. 37.

1

3. Defendant's *Vaughn* index for any non-Glomar records was previously filed in ECF No. 24-1, Exhibit I. This index included entries for all non-Glomar withholdings pursuant to Exemptions 6 and 7(C). Plaintiff did not challenge the specific withholdings under Exemptions 6 and 7(C) in its Opposition or Reply, but challenged only the FBI's Glomar response. *See* ECF Nos. 26, 32. The parties agreed and he Court has ruled the any remainder Glomar records are not appropriate for *Vaughn* indexing. *See* ECF No. 43.

4. The undersigned regrets and apologizes if the Court was confused by statements made in the parties' previous status report. Some of the Court's inquiries concerned matters that occurred before this case was transferred to the undersigned.

April 1, 2022                                  Respectfully submitted,

                                              MATTHEW M. GRAVES, D.C. Bar #481052
                                              United States Attorney

                                              BRIAN P. HUDAK
                                              Acting Civil Chief

                                              By:_____/s/_____
                                              KENNETH ADEBONOJO
                                              Assistant United States Attorney
                                              Judiciary Center Building
                                              555 4th Street, N.W. B Civil Division
                                              Washington, D.C.   20530
                                              Telephone: (202) 252-2562