UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PROPERTY OF THE PEOPLE, INC., *et al.* | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) | Civil Action No. 17-1728 (EGS) (ECF) |
| DEPARTMENT OF JUSTICE | ) ) ) | |
| Defendant. | ) ) ) | |

### JOINT STATUS REPORT

Pursuant to Minute Ordered entered on August 4, 2022, Property of People, Inc., *et al.* ("Plaintiffs") and the Department of Justice ("Defendant" or "FBI") (collectively "the parties"), by and through the undersigned counsel, respectfully submit this Parties' Joint Status Report in lieu of Briefing Schedule.

1. Per the aforementioned Minute Order, the Court "ordered [the FBI] to conduct a supplemental search for records within 45 days using the date of the search as a cut-off date, and Defendant shall inform Plaintiffs of said cutoff date" and submit a proposed briefing schedule. *See* Min. Ord. entered August 4, 2022.

2. The deadline for FBI to complete this supplemental search is on or about September 19, 2022. Because the Court ordered the FBI "us[e] the date of the search as the cut-off date," the FBI believes that this supplemental search would likely generate additional records that may be responsive and releasable subject to FOIA redactions.

3. Thus, the parties respectfully and jointly request that the Court permit them to submit another Joint Status Report no later than October 4, 2022, which would capture the results of the FBI's supplemental search and whether additional releases will ensue.

4. The parties also jointly believe that, at that time, they would be in a better position to propose a course forward for this litigation, including further briefing of all the search issues remaining in this case.

WHEREFORE, the parties jointly request that the Court adopt their proposal to file another Joint Status Report on or before October 4, 2022.

August 22, 2022                    Respectfully submitted,

_/s/ Jeffrey Light_____
Jeffrey L. Light
D.C. Bar #485360
1629 K St., NW
Suite 300
Washington, DC 20006
(202)277-6213 .
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W. Civil Division
Washington, D.C.   20530
Telephone: (202) 252-2562

*Counsel for Defendant*