UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PROPERTY OF THE PEOPLE, INC., *et al.* | ) ) ) ) |  |
| **Plaintiffs** | ) ) |  |
| v. | ) ) ) | Civil Action No. 17-1728 (EGS) (ECF) |
| DEPARTMENT OF JUSTICE | ) ) ) |  |
| **Defendant.** | ) ) |  |

## JOINT STATUS REPORT

Pursuant to Minute Ordered entered on August 30, 2022, Property of People, Inc., *et al*. ("Plaintiffs") and the Department of Justice ("Defendant" or "FBI") (collectively "the parties"), by and through the undersigned counsel, respectfully submit this Parties' Joint Status Report in lieu of Briefing Schedule.

1. Per the aforementioned Minute Order, the Court directed "the parties [] to file another joint status report with a recommendation for further proceedings by no later than October 4, 2022." *See* Min. Ord. entered August 30, 2022.

2. In light of the Court's ruling, *see* Minute Order entered on August 4, 2022, the FBI has been in the process of conducting a supplemental search in accordance with the Court's order. However, the FBI's efforts have been hampered by the press of other FOIA obligations. Nevertheless, the FBI anticipates that it would be able to complete its search and provide Plaintiff with an estimated page count by November 4, 2022.

3.     Furthermore, the FBI anticipates that it will complete its search, process any responsive records, and release any non-exempt FOIA records no later than January 6, 2023. The parties believe that they would be in a better position to propose next steps after the FBI's release of records.

4.     Thus, the parties jointly propose that the Court permit them to submit another Status Report no later than January 13, 2023.

WHEREFORE, the parties jointly request that the Court adopt their proposal to file another Joint Status Report on or before January 13, 2023.

October 4, 2022                             Respectfully submitted,

_/s/ Jeffrey Light_____
Jeffrey L. Light
D.C. Bar #485360
1629 K St., NW
Suite 300
Washington, DC 20006
(202)277-6213 .
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W. Civil Division
Washington, D.C.   20530
Telephone: (202) 252-2562

*Counsel for Defendant*

2